IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHANNON STEWART                                                                              PLAINTIFF

v.                                         Civil No. 4:19-CV-04127

JANA TALLENT, SHERIFF BRIAN                                                                        DEFENDANTS
MCJUNKINS, DEPUTY ERIC GLIDWELL,
JARED RODGER, OFFICER FRANCISCO
MACARDO


ROBERT JASON DILLARD                                                                               PLAINTIFF

v.                                         Civil No. 4:19-CV-04128

JANA TALLANT, DEPUTY JOHN ERIC                                                                     DEFENDANTS
GLIDWELL, SHERIFF BRIAN
MCJUNKINS, OFFICER FRANCISCO
MACARDO, OFFICER TRAVIS TURNER,
OFFICER JARET RODGERS

## **ORDER**

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.* Currently before the Court are the Defendants' Motion and Amended Motion to Consolidate Cases, filed in Civil No. 4:19-cv-04127. (ECF Nos. 25, 27).

Upon review of the files in the above captioned matters, I find that these actions involve common questions of law and fact and, for such reason, Defendants' Motion and Amended Motion to Consolidate Cases (ECF Nos. 25, 27) are **GRANTED**. These matters should be and hereby are consolidated for pretrial and trial pursuant to the provisions of Federal Rule of Civil Procedure 42.

Accordingly, the Clerk is **DIRECTED** to file a copy of this Order in each case listed above. In the future, case number Civil No. 4:19-cv-04127 shall be considered the lead case and all pleadings will be docketed to that case. The Clerk is also **DIRECTED** to add to the lead case

number Civil No. 4:19-cv-04127 to Civil No. 4:19-cv-04128, and add any Defendants named in case Civil No. 4:19-cv-04128 who were not previously listed in the lead case as Defendants in case 4:19-cv-04127.

**The Parties are directed to include both case numbers on all future pleadings sent for filing.**

IT IS SO ORDERED this 3rd day of June 2020.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE