IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHANNON STEWART and
ROBERT JASON DILLARD                                                                               PLAINTIFFS

v.                                        Case No. 4:19-cv-4127
                                          Case No. 4:19-cv-4128

JANA TALLENT, *et al.*                                                                              DEFENDANTS

**ORDER**

Before the Court is Plaintiff Jason Shannon Stewart's Motion for Entry of Default. (ECF No. 42). Defendants have not responded and their time to do has passed. The matter is ripe for consideration.

On October 1, 2019, Plaintiffs filed separate cases pursuant to 42 U.S.C. § 1943, alleging violations of their constitutional rights while incarcerated in the Howard County Detention Center. On June 3, 2020, the Honorable Barry A. Bryant, United States Magistrate Judge, granted Defendants' motion to consolidate the two cases under the lead case number 4:19-cv-4127.

On July 6, 2020, Plaintiff Stewart filed the instant motion for entry of default. He states that Defendants have violated two court orders by failing to meet deadlines set by Judge Bryant. Consequently, Plaintiff asks that the Court find Defendants in default.

Entry of default is appropriate when "a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise." Fed. R. Civ. P. 55(a). Defendants have filed their answer, so entry of default against them is not appropriate. To the extent that Plaintiff is instead asking the Court to find Defendants in default as some sort of sanction, the Court declines to do so because Defendants have not violated Judge Bryant's orders. Judge Bryant ordered Defendants to file an amended summary

judgment motion by July 2, 2020. Defendants did so. (ECF No. 36). Judge Bryant also ordered Defendants to file a response to Plaintiffs' motion to compel, setting out specific objections to each discovery request at issue. After obtaining an extension of time to do so, Defendants complied. (ECF No. 41). If, for some reason, Plaintiffs did not receive copies of these filings, they may file a motion for an additional copy of those documents.

For the above-stated reasons, the Court finds that Plaintiff Stewart's motion for entry of default (ECF No. 42) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 30th day of July, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge