IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JASON SHANNON STEWART and
ROBERT JASON DILLARD                                                                 PLAINTIFFS

v.                              Case No. 4:19-cv-4127
                                Case No. 4:19-cv-4128

JANE TALLENT, et al.                                                                 DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 20, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas for cases 4:19-cv-4127 (ECF No. 64) and 4:19-cv-4128. (ECF No. 35). In both, Judge Bryant recommends that the Court grant Defendants' Second Motion for Summary Judgment.

Plaintiffs have not filed objections to either Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts both Reports and Recommendation (ECF No. 64) (ECF No. 35) *in toto*. Defendants' Second Motion for Summary Judgment is hereby **GRANTED** in both cases and Plaintiffs' claims are hereby **DISMISSED WITHOUT PREJUDICE** in both cases.

**IT IS SO ORDERED**, this 10th day of February, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge